IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERONICA VALENTINE,<br><br>                      Plaintiff,<br><br>    vs.<br><br>JAMAR ADAMS,<br><br>                      Defendant. | **8:18CV485**<br><br>**MEMORANDUM<br>AND ORDER** |

On October 15, 2018, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 16th day of November, 2018.

                                                  BY THE COURT:

                                                  s/ *Richard G. Kopf*
                                                  Senior United States District Judge